# Exhibit A

# THORNTON,
# DAVIS
# &
# FEIN, P.A.
### ATTORNEYS AT LAW

Brickell BayView Centre
80 SW 8th Street, Suite 2900
Miami, Florida 33130
305.446.2646 Phone
305.441.2374 Fax
www.tdflaw.com

**Patricia A. Leid, Partner**
Also admitted in DC and New York
leid@tdflaw.com

November 15, 2004

**Sent by facsimile (305) 437-1320**
Original will be sent US post.

Mr. Enrique Arroyo
Office of the Staff Judge Advocate
United States Southern Command
3511 N.W. 91st Ave.
Miami, Florida  33172

        Re:    *Judith Janis v. Pratt & Whitney Canada, Inc., et al.*
                    D/Loss: 2/13/2003
                    Global File No. LN-107161
                    TDF File No. 52-857

### THIS IS A FREEDOM OF INFORMATION ACT REQUEST.

Dear Mr. Arroyo:

Undersigned counsel represents the interests of Defendant Pratt & Whitney, engine manufacturers, in the above-captioned litigation matter in the United States District Court for the Middle District of Florida, Case No. 6:04-CV-184-Orl-GKS-DAB. The accident involved Cessna 208B Caravan registration no. N1116G that crashed on February 13, 2003, near Florencia, Colombia. This is a wrongful death action based on products liability claims. Accordingly, it is imperative that my client be able to examine and review any and all documents, reports, photographs, recordings and other related materials from all investigations the various agencies and the safety center have compiled and completed.

Thank you for taking time today to speak with me regarding the progress of the investigation on the part of the United States Navy Safety Center. We are requesting the following materials and attest to our ability and willingness to pay for any and all copies of documents produced or services provided. Should there be an advance deposit or fee related to any of the duplication, please advise me as soon as possible. We request the duplication of any photographs, drawings, computer models, maps, or graphic-type demonstrative information be made in color, if the original item was produced in that manner.

H:\Library\52857\corres\Arroyo FOIA ltr01.doc

**FILED**
**05 1136**
JUN - 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mr. Enrique Arroyo
November 15, 2004
Page 2

1.      Any and all releasable information from the U.S. Navy Safety Center investigation and report, including, but not limited to photographs, videotapes, interviews, witness statements, maps, recordings, wreckage inspection notes, and other related materials compiled in the investigation.

2.      Findings of fact, probable cause, and safety recommendations from the U.S. Navy Safety Center concerning the subject accident, if maintained separately from the information in number 1 above.

3.      Any and all releasable information from the Office of the Staff Judge Advocate, Department of the Defense, U.S. Navy, and/or any other United States agencies or branches of the military or government developed, compiled, and/or completed as part of the "Legal Investigation" of the subject accident.

4.      Findings of fact, probable cause, and conclusions of law as determined by the Office of the Staff Judge Advocate, Department of Defense, U.S. Navy, and any other United States agencies or branches of the military or government relating to or referring to the subject accident.

5.      Any and all information related to the subject accident as provided and produced by government contractors to any of the investigative entities mentioned in number 3 above or Colombian foreign authorities, military, government, or consulate.

6.      Any and all information provided by or to the Colombian foreign authorities, military, civilian contractors, consulate, embassy or government relating to or referring to the subject accident from the United States military, its government contractors or governmental agencies.

7.      Any and all correspondence between the Colombian foreign authorities, military, civilian contractors, consulate, embassy or government and the U.S. government, its government contractors or governmental agencies relating to and referring to the subject accident.

8.      Any and all tape recordings or cockpit transmissions sent by the crew or passengers on the subject aircraft to Colombian foreign authorities, military, civilian contractors, consulate or government entities.

9.      Any and all tape recordings or cockpit transmissions sent by the crew or passengers on the subject aircraft to United States military, its government contractors or governmental agencies.

10.     Any and all information, videotapes, films, and documentation concerning the removal of the wreckage from the crash site, and the storage, maintenance, and disposal of the subject wreckage at Larandia Air Force Base, in Colombia.

THORNTON, DAVIS & FEIN, P.A.

H:\Library\S2857\corres\Arroyo FOIA ltr01.doc

Mr. Enrique Arroyo
November 15, 2004
Page 3

       Thank you for your attention to this matter. If you have any questions regarding this request, please do not hesitate to contact me, at (305) 446-2646, ext. 202.

Very truly yours,

PATRICIA A. LEID

THORNTON, DAVIS & FEIN, P.A.

H:\Library\52857\corres\Arroyo FOIA ltr01.doc