# Exhibit B



**DEPARTMENT OF DEFENSE**
UNITED STATES SOUTHERN COMMAND
3511 NW 91ST AVENUE
MIAMI, FL 33172-1217

REPLY TO
ATTENTION OF

November 23, 2004

Directorate of Manpower, Personnel
and Administration

Ref: SC 05-030

Ms. Patricia A. Leid
Thorton, Davis & Fein, P.A.
Brickell Bay View Centre
80 SW 8th Street, Suite 2900
Miami, Florida 33130

Dear Ms. Leid:

We received your Freedom of Information Act request of November 15, 2004, wherein you are requesting information related to the accident of the Cessna 208B Caravan registration No. N1116G that crashed in Florencia, Colombia on February 13, 2003.

Your request has been assigned case number SC 05-030. We are processing it and will be responding to you in the near future.

Sincerely,

Jean Carrillo
Lieutenant, U.S. Navy
Adjutant General