# Exhibit C



**DEPARTMENT OF DEFENSE**
UNITED STATES SOUTHERN COMMAND
3511 NW 91ST AVENUE
MIAMI, FL 33172-1217

REPLY TO
ATTENTION OF

December 10, 2004

Directorate of Manpower, Personnel
and Administration

Ref: SC 05-030

Ms. Patricia A. Leid
Thorton, Davis & Fein, P.A.
Brickell Bay View Centre
80 SW 8th Street, Suite 2900
Miami, Florida 33130

Dear Ms. Leid:

This refers to your November 15, 2004, Freedom of Information Act request for information related to the accident of the Cessna 208B Caravan registration No. N1116G that crashed in Florencia, Colombia on February 13, 2003.

Several responsive documents were located responsive to your Freedom of Information Act (FOIA) request. However, our review determined that we are not the documents originator. Accordingly, your FOIA request and responsive documents have been referred to the Commander, U.S. Naval Forces Southern Command for their review, further coordination, and final reply to you. In the interim should you desire to contact them, their mailing address is as follows:

>   Commander
>   U.S. Naval Forces Southern Command
>   P.O. Box 280003, Bldg 1878
>   Mayport, Fl 32228.

If you have questions about this FOIA request, please contact Mr. Marco T. Villalobos at DSN 567-1108 or commercial (305) 437-1108.

Sincerely,

Jean Carrillo
Lieutenant, U.S. Navy
Adjutant General