# Exhibit D

# THORNTON, DAVIS & FEIN, P.A.

ATTORNEYS AT LAW

Brickell BayView Centre
80 SW 8th Street, Suite 2900
Miami, Florida 33130
305.446.2646 Phone
305.441.2374 Fax
www.tdflaw.com

**Patricia A. Leid, Partner**
Also admitted in DC and New York
leid@tdflaw.com

March 18, 2005

**Sent by facsimile (305) 437-1320**
Original will be sent US post.

Mr. Enrique Arroyo
Office of the Staff Judge Advocate
United States Southern Command
3511 N.W. 91st Ave.
Miami, Florida 33172

Re:   *Judith Janis v. Pratt & Whitney Canada, Inc., et al.*
      D/Loss: 2/13/2003
      Global File No. LN-107161
      TDF File No. 52-857
      FOIA Request No.: SC 05-030

## THIS IS AN INQUIRY INTO A PENDING FREEDOM OF INFORMATION ACT REQUEST.

Dear Mr. Arroyo:

We have now passed the 120-day mark since the above-noted Freedom of Information Act request was propounded on behalf of my client, Pratt & Whitney, to your office, yet without **any** substantive response. Since November 15, 2004 when the FOIA request was first filed, you and I have engaged in ongoing dialog concerning the delays and various reasons for not responding, which notably have included the participation of the U.S. Navy Safety Center. Although the politics of the investigation have been interesting, they are not beneficial to my client in any way, nor do I believe that Congress intended this public information-seeking process to amount to such a "hot potato" between two governmental agencies or branches of the government.

We are actively litigating this case in the United States District Court, Middle District of Florida, Case No. 6:04-CV-184-Orl-GKS-DAB, before the Honorable Judge G. Kendall Sharp. Your department's failure to respond to our FOIA request is affecting my client prejudicially and numerous federal pretrial deadlines are rapidly approaching which will be compromised by the delay in discovery.

H:\Library\S2857\corres\Arroyo ltr02.doc

Mr. Enrique Arroyo
March 18, 2005
Page 2

      We would greatly appreciate and deserve a response to our FOIA request now. We have refrained from initiating written correspondence until this time because I felt perhaps we were making some progress. That is no longer the case. Please respond by producing the releasable documents and information in a timely manner to which the requester is entitled or state, pursuant to the FOIA statutory regulations, the specific reasons why such a response is being withheld. If we do not receive a substantive response within the next 14 days, we will be forced to address the problem with a federal district court judge and/or seek remedy through a motion to compel.

      Thank you for your anticipated prompt response.

Very truly yours,

PATRICIA A. LEID

cc:   Lt. E. Taylor George
       Fax: (757) 445-9125

THORNTON, DAVIS & FEIN, P.A.

H:\Library\52857\corres\Arroyo ltr02.doc