**FILED**

**JUN - 8 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PRATT & WHITNEY CANADA CORP.
1000 Marie-Victorin blvd.
Longueuil, Quebec
J4G 1A1 Canada,

      Plaintiff,

  vs.                          Civil A

UNITED STATES DEPARTMENT OF
DEFENSE, UNITED STATES
SOUTHERN COMMAND
3511 N.W. 91st Ave.
Miami, Florida 33172,

      Defendant.
_____/

CASE NUMBER  1:05CV01136

JUDGE: Ellen Segal Huvelle

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 06/██/2005

### CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for PRATT & WHITNEY CANADA CORP., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of PRATT & WHITNEY CANADA CORP. which have any outstanding securities in the hands of the public.

    UNITED TECHNOLOGIES CORPORATION

These representations are made in order that judges of this court may determine the need for recusal.

DATED: June 8, 2005                      Respectfully submitted,

DCDATA 28882_1

SCHNADER HARRISON SEGAL & LEWIS LLP

By: _____
JONATHAN M. STERN (DC Bar No. 412689)
Counsel of Record for PRATT & WHITNEY CANADA CORP.
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006-1825
Telephone: (202) 419-4202
Telefax: (202) 419-3454
E-mail: jstern@schnader.com

**Of counsel:**

**PATRICIA A. LEID**
District of Columbia Bar No. 446894 (inactive)
Florida Bar No. 0027006
**THORNTON, DAVIS & FEIN, P.A.**
Brickell Bayview Centre, Suite 2900
80 Southwest 8th Street
Miami, FL 33130
Telephone: (305) 446-2646
Fax: (305) 441-2374

DCDATA 28882_1