UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRATT & WHITNEY CANADA CORP. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 05-1136 (ESH) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| DEFENSE, U.S. SOUTHERN COMMAND ) | |
| ) | |
| Defendants. ) | |

DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

The defendants, the United States Department of Defense ("DOD"), and Southern Command ("defendants"), by and through their undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the complaint brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Specifically, defendants request that the deadline to file a dispositive motion be extended from July 15, 2004 to August 15, 2005. This is the defendants' first request for an enlargement of time and no scheduling order has been entered in this case. Plaintiff's counsel has objected to the relief sought in this motion. The grounds for this motion are set forth below.

There are two defendants in this FOIA action and an agency which has been referred documents. Defendant Southern Command has informed the undersigned that it referred the FOIA request at issue to the Department of the Navy. The Department of the Navy has yet to designate agency counsel in regards to this litigation despite the undersigned's numerous calls on this matter. In addition, despite diligent efforts, the undersigned has been unable to reach agency counsel for defendant DOD and is presently unaware of which agency attorney has been assigned

to this case. Finally, defendant Southern Command's FOIA litigation counsel just returned late last week to the office. For these reasons, the defendants require additional time to prepare a response to this complaint.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing the defendants some additional time to formulate a response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, the defendants respectfully request that the time to file a dispositive motion and/or answer the complaint be extended to and including August 15, 2005.


Dated: July 11, 2005    Respectfully submitted,


/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney.


/s/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME and the accompanying order was filed via the Court's electronic filing system on July 11, 2005 and is expected to be served by the Court's electronic transmission facilities to:

**Jonathan Michael Stern**
SCHNADER HARRISON SEGAL & LEWIS, LLP
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
(202) 419-4202 phone
(202) 419-3454 fax
Email: jstern@schnader.com
Attorney for Plaintiff


                                               /S/
                                      ANDREA McBARNETTE
                                      Assistant United States Attorney