UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRATT & WHITNEY CANADA CORP. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>DEFENSE, U.S. SOUTHERN COMMAND )<br>)<br>Defendants. )<br>) | Case No: 05-1136 (ESH) |

**ORDER**

Upon consideration of Defendants' Motion for Enlargement of Time, it is hereby ordered that the motion is granted. Defendants may file a respond to Plaintiff's Complaint on or before August 15, 2005.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2005