UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PRATT & WHITNEY CANADA CORP.,

Plaintiff,

vs. Civil Action No. 05-1136 (ESH)

UNITED STATES DEPARTMENT OF DEFENSE, UNITED STATES SOUTHERN COMMAND,

Defendant.
_______________________________/

**BRIEF IN OPPOSITION TO MOTION FOR ENLARGEMENT**

COMES NOW Plaintiff, PRATT & WHITNEY CANADA CORP., and, for the following reasons, opposes the Defendant's Motion for Enlargement of Time:

1. PRATT & WHITNEY CANADA CORP. (hereinafter "PWC") needs the documents that are the subject of the underlying Freedom of Information Act ("FOIA") request to defend itself in litigation that is pending in the United States District Court for the Middle District of Florida. The discovery deadline in the underlying litigation is October 14, 2005, and trial is scheduled in early 2006. PWC's trial counsel initiated contact with the Judge Advocate General office for the U.S. SOUTHERN COMMAND on or about November 15, 2004, in order to identify an appropriate person to receive a FOIA request and on that date propounded the FOIA request from which this litigation arises.

2. As detailed in the Complaint, trial counsel for the underlying case engaged in five months of communication and follow-up but never received a denial or any of the requested documents.