UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRATT & WHITNEY CANADA CORP.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1136 (ESH) |
| ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **DEFENSE, U.S. SOUTHERN COMMAND,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendants' Motion for Enlargement of Time and the opposition thereto, it is hereby

**ORDERED** that the motion is **GRANTED**. Defendants may file a response to plaintiff's Complaint on or before August 15, 2005, and plaintiff's counsel should be aware that the Court cannot commit itself to resolving this matter to accommodate a civil discovery schedule in some other pending litigation.

                                                              s/
                                       ELLEN SEGAL HUVELLE
                                       United States District Judge

Date: July 12, 2005