UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PRATT & WHITNEY CANADA CORP.<br>1000 Marie-Victorin Blvd.<br>Logueil, Quebec<br>J4G 1A1 Canada,<br><br>                Plaintiff,<br>        v.<br><br>UNITED STATES DEPARTMENT OF,<br>DEFENSE, UNITED STATES<br>SOUTHERN COMMAND<br>3511 N.W. 91st Ave.<br>Miami, FL 33172,<br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 05-01136 (ESH) |

**PRAECIPE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Andrea McBarnette, as counsel of record for the above named Defendant.

Respectfully submitted,

             /S/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Praecipe was filed via the Court's electronic filing system on July 18, 2005 and is expected to be served by the Court's electronic transmission facilities to:

**Jonathan Michael Stern**
SCHNADER HARRISON SEGAL & LEWIS, LLP
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
(202) 419-4202 phone
(202) 419-3454 fax
Email: jstern@schnader.com
Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　ANDREA McBARNETTE
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney