UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRATT & WHITNEY CANADA CORP.         )<br>                                                                  )<br>Plaintiff,                                         )<br>                                                                  )<br>v.                                                  )<br>                                                                  )<br>UNITED STATES DEPARTMENT OF  )<br>DEFENSE, U.S. SOUTHERN COMMAND )<br>                                                                  )<br>Defendants.                                  )<br>                                                                  ) | Case No: 05-1136 (ESH) |

CONSENT MOTION TO STAY THE BRIEFING SCHEDULE

On August 10, 2005, Defendant Southern Command mailed to the plaintiff documents that are responsive to the FOIA request in this matter as well as a Vaughn Index. The parties have agreed to attempt to resolve any outstanding issues before filing motions with the Court. If the parties can not resolve any outstanding issues by August 22, 2005, the Defendants will file a summary judgment motion by August 29, 2005. Presently, Defendants' dispositive motion is due August 15, 2005.

WHEREFORE, based on the foregoing, the Defendants respectfully request that pursuant to Rule 6(b)(1), Fed. R. Civ. P., the Court grant the motion to stay the briefing schedule.

Dated: August 15, 2005 Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney.


/s/
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME and the accompanying order was filed via the Court's electronic filing system on August 15, 2005 and is expected to be served by the Court's electronic transmission facilities to:

**Jonathan Michael Stern**
SCHNADER HARRISON SEGAL & LEWIS, LLP
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
(202) 419-4202 phone
(202) 419-3454 fax
Email: jstern@schnader.com
Attorney for Plaintiff


　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　ANDREA McBARNETTE
　　　　　　　　　　　　　　　　　　Assistant United States Attorney