UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRATT & WHITNEY CANADA CORP. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>DEFENSE, U.S. SOUTHERN COMMAND )<br>)<br>Defendants. )<br>) | Case No: 05-1136 (ESH) |

JOINT MOTION TO CONTINUE STAY ON THE BRIEFING SCHEDULE

The parties have agreed that further time is necessary in order to attempt to resolve any outstanding issues before filing motions with the Court. The Court granted the first requested stay on the briefing schedule on August 16, 2005. The Defendant Southern Command sent to the plaintiff documents that are responsive to the FOIA request in this matter as well as a Vaughn Index. The plaintiff requires further time to review the documents and Vaughn Index so that Plaintiff can work with Defendant in attempting to resolve any outstanding issues. If the parties are unable to resolve any outstanding issues, the Defendants will file a summary judgment motion by September 12, 2005. Presently, Defendants' dispositive motion is due August 29, 2005.

WHEREFORE, based on the foregoing, the Defendants respectfully request that pursuant to Rule 6(b)(1), Fed. R. Civ. P., the Court grant the motion to continue the stay the briefing schedule.

Dated: August 22, 2005  Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney.

/s/
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing JOINT MOTION TO CONTINUE THE STAY ON THE BRIEFING SCHEDULE and the accompanying order was filed via the Court's electronic filing system on August 22, 2005 and is expected to be served by the Court's electronic transmission facilities to:

**Jonathan Michael Stern**
SCHNADER HARRISON SEGAL & LEWIS, LLP
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
(202) 419-4202 phone
(202) 419-3454 fax
Email: jstern@schnader.com
Attorney for Plaintiff

                              /S/
                              ANDREA McBARNETTE
                              Assistant United States Attorney