UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRATT & WHITNEY CANADA CORP.  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>UNITED STATES DEPARTMENT OF  )<br>DEFENSE, U.S. SOUTHERN COMMAND  )<br>)<br>Defendants.  )<br>) | Case No: 05-1136 (ESH) |

**ORDER**

Upon consideration of the Joint Motion to Continue the Stay of the Briefing Schedule, it is hereby ordered that the motion is granted. If the parties are unable to reach a resolution, Defendants may file a response to Plaintiff's Complaint on or before September 12, 2005.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2005