UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRATT & WHITNEY CANADA CORP.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>DEFENSE, U.S. SOUTHERN COMMAND<br><br>Defendants. | Case No: 05-1136 (ESH) |

**ORDER**

UPON CONSIDERATION of Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, the memorandum of points and authorities in support thereof, any opposition thereto, any reply, and the record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

**SO ORDERED**, on this _____ day of _____, 2005.

_____
United States District Court Judge