UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PRATT & WHITNEY CANADA CORP.,

    Plaintiff,

    vs.                        Civil Action No. 05-1136 (ESH)

UNITED STATES DEPARTMENT OF
DEFENSE, UNITED STATES
SOUTHERN COMMAND,

    Defendant.
_____/

## SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND

COMES NOW Plaintiff, PRATT & WHITNEY CANADA CORP., and, with the consent of the defendants and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, respectfully moves this Court to enlarge by an additional 30 days the time in which Pratt & Whitney Canada Corp. may respond to the Defendants' Motion to Dismiss or, In the Alternative, for Summary Judgment. Specifically, Pratt & Whitney Canada Corp. requests that the deadline to file a response be extended from October 7, 2005 to November 7, 2005.

The cause for this motion is that the parties have been, and continue to be, working toward an agreed resolution that would lead to a voluntary dismissal. Undersigned counsel hereby certifies that he obtained the approval of Andrea McBarnette, Assistant United States Attorney for the District of Columbia, to the filing of this motion as a consent motion.

DATED: October 7, 2005            Respectfully submitted,

                                        PRATT & WHITNEY CANADA CORP.
                                        By Counsel

SCHNADER HARRISON SEGAL & LEWIS LLP

By: 
JONATHAN M. STERN (DC Bar No. 412689)
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006-1825
Telephone: (202) 419-4202
Telefax: (202) 419-3454
E-mail: jstern@schnader.com

**Of counsel:**

**PATRICIA A. LEID**
District of Columbia Bar No. 446894 (inactive)
Florida Bar No. 0027006
**THORNTON, DAVIS & FEIN, P.A.**
Brickell Bayview Centre, Suite 2900
80 Southwest 8th Street
Miami, FL  33130
Telephone:  (305) 446-2646
Fax:  (305) 441-2374