UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PRATT & WHITNEY CANADA CORP.,

    Plaintiff,

    vs.                              Civil Action No. 05-1136 (ESH)

UNITED STATES DEPARTMENT OF
DEFENSE, UNITED STATES
SOUTHERN COMMAND,

    Defendant.

## STATEMENT OF MATERIAL FACTS IN DISPUTE

Pursuant to Local Rules 7(h) and 56.1, plaintiff Pratt & Whitney Canada Corp. ("Pratt & Whitney") submits the following statement of material facts in dispute in response to the Government's Motion to Dismiss or, in the Alternative, for Summary Judgment in the above-captioned matter.

1. The Government asserts that there are two defendants in this action: the Department of Defense and the United States Southern Command. Plaintiff, however, asserts that the "United States Department of Defense, United States Southern Command" is the sole defendant in this action. *See* Plaintiff's Complaint; Leid Decl. ¶ 7.

2. Plaintiff disputes defendant's contention set forth at Paragraph 9 of its Statement of Material Facts not in Genuine Dispute that defendant has produced all of the non-privileged documents that are responsive to plaintiff's FOIA request. *See* Leid Decl. at ¶¶ 11-17.

DATED: November 7, 2005                Respectfully submitted,

                                                  PRATT & WHITNEY CANADA CORP.
                                                  By Counsel

SCHNADER HARRISON SEGAL & LEWIS LLP

By: _____
     JONATHAN M. STERN (DC Bar No. 412689)
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006-1825
Telephone: (202) 419-4202
Telefax: (202) 419-3454
E-mail: jstern@schnader.com

**Of counsel:**

**PATRICIA A. LEID**
District of Columbia Bar No. 446894 (inactive)
Florida Bar No. 0027006
**THORNTON, DAVIS & FEIN, P.A.**
Brickell Bayview Centre, Suite 2900
80 Southwest 8th Street
Miami, FL 33130
Telephone: (305) 446-2646
Fax: (305) 441-2374