| | |
|---|---|
| **From:** | Pat Leid |
| **To:** | Andrea.McBarnette@usdoj.gov |
| **Date:** | 8/19/05 2:32PM |
| **Subject:** | FOIA response to Janis litigation |

Ms. McBarnette, we have not received a revised Vaughn Index as your message indicated was forthcoming, further, now that I am going through the documents, I do not see an <u>original</u> Vaughn Index. Could it have been omitted inadvertently? My fax is 305-441-2374 but an email download is better.

We are still working on a list for you of documents we believe to be in existence that are responsive to the FOIA request in litigation, but which have not been produced. We understand the secretive nature of the subject mission and have no interest in pursuing the surveillance information. As the engine manufacturer, our objectives for the underlying litigation are to obtain as much information as possible concerning the mechanical operation of the aircraft, the weight and balance of the aircraft, transmissions from the pilots relating to any alleged squawks or problems with the aircraft, and aerodynamic aspects of the flight - none of which relate to the secrecy of the surveillance mission.

Other redacted issues of an appealable nature will be taken up accordingly with the administrative procedures within the statutory 60 day appeal period. Thank you.

Patricia A. Leid, Esq.
Board Certified Aviation Lawyer
Thornton, Davis & Fein, P.A.
Brickell BayView Centre
80 SW 8th Street, Suite 2900
Miami, Florida 33130
Telephone: (305) 446-2646 x 202
Fax: (305) 441-2374
E-mail: leid@tdflaw.com
Secretary: Alba Ducci, Ext. 234


CC:        David Wagner

**From:** Pat Leid
**To:** Andrea.McBarnette@usdoj.gov
**Date:** 8/22/05 2:44PM
**Subject:** Re: Pratt & Whitney Canada case

Thanks so much.

Patricia A. Leid, Esq.
Board Certified Aviation Lawyer
Thornton, Davis & Fein, P.A.
Brickell BayView Centre
80 SW 8th Street, Suite 2900
Miami, Florida 33130
Telephone: (305) 446-2646 x 202
Fax: (305) 441-2374
E-mail: leid@tdflaw.com
Secretary: Alba Ducci, Ext. 234


>>> "Andrea.McBarnette@usdoj.gov" <Andrea.McBarnette@usdoj.gov> 08/22/05 02:44PM >>>
Patricia A. Leid:

Attached is the amended Vaughn Index.

Andrea McBarnette



**CC:**     David Wagner