**From:** Pat Leid
**To:** Andrea.McBarnette@usdoj.gov
**Date:** 9/12/05 5:00PM
**Subject:** RE: Pratt & Whitney letter to DOJ

Dear Ms. McBarnette,
I am out of the office on business travel through Sept. 19th and will advise the key attorneys on this matter of your response. Thank you. Pat Leid


Patricia A. Leid, Esq.
Board Certified Aviation Lawyer
Thornton, Davis & Fein, P.A.
Brickell BayView Centre
80 SW 8th Street, Suite 2900
Miami, Florida  33130
Telephone: (305) 446-2646 x 202
Fax: (305) 441-2374
E-mail: leid@tdflaw.com
Secretary:  Alba Ducci, Ext. 234


>>> "Andrea.McBarnette@usdoj.gov" <Andrea.McBarnette@usdoj.gov> 09/12/05 04:30PM >>>
Ms. Leid,

We reviewed your letters regarding the production provided by defendant SouthCom. However, SouthCom has no further responsive documents or materials. We will be filing a summary judgment motion today. After reviewing our motion and considering our lack of further materials, we would of course appreciate plaintiff ending the litigation.

Thank you,

Andrea McBarnette

-----Original Message-----
From: leid@tdflaw.com [mailto:leid@tdflaw.com]
Sent: Monday, August 22, 2005 3:52 PM
To: McBarnette, Andrea
Cc: JStern@Schnader.com; wagner@tdflaw.com
Subject: Pratt & Whitney letter to DOJ


I am attaching correspondence we believe reflects the majority of the issues and/or documents that are outstanding after the production of the investigative report pursuant to the FOIA request. As we discussed today, after we have had a better opportunity to review the report in detail we will sumit the final list to you on or before August 29, 2005. We understand this extension of time also pushes the DOJ response forward to Sept. 12, assuming the court approves the request.
Please feel free to also communicate directly with David Wagner on this case in my absence or otherwise. Same phone number and his email address is copied on this message. Thank you.

Patricia A. Leid, Esq.
Board Certified Aviation Lawyer