

**DEPARTMENT OF THE NAVY**
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
2000 NAVY PENTAGON
WASHINGTON DC 20350-2000

IN REPLY REFER TO

5720
Ser N09D/5U850604
12 October 2005

THORNTON, DAVID & FEIN, P.A.
ATTN: Ms. Patricia A. Leid
Brickell Bay View Centere
80 SW 8th Street, Suite 2900
Miami, Florida 33130

SUBJECT: FREEDOM OF INFORMATION ACT (FOIA) REQUEST

Dear Ms. Leid,

    This responds to your Freedom of Information Act (FOIA) requests of August 22, 2205 and August 30, 2005, in which you seek additional documents identified in the 25 March 2003 Redacted SRS Aircraft Mishap and the 13 February 2003 Redacted SRS Aircraft Mishap. Your request was forwarded to this office on 12 October 2005 by the Office of the Judge Advocate General (Code 13).

    Our search for records included files maintained by the Assistant for Legal & Legislative Matters (N09D) in the Office of the Chief of Naval Operations. However, despite this diligent search, we were unable to locate any responsive documents.

    Fees associated with the processing of your request are waived in this instance.

    If you believe that an adequate search was not conducted, you may consider this an adverse determination of your request that may be appealed, in writing, to the: Judge Advocate General of the Navy (Code 14), 1322 Patterson Avenue SE, Suite 3000, Washington Navy Yard, DC 20374-5066.

    Your appeal must be postmarked within 60 calendar days from the date of this letter to be considered. A statement as to why you believe a diligent search was not conducted should be included and the enclosed copy of this letter should be attached. Both the appeal letter and the envelope should bear the notation, "Freedom of Information Act Appeal."

Any questions concerning this matter should be directed to LT Eric J. Osterhues, JAGC, USN, Chief of Naval Operations (N09D1) at 703-692-4575.

Sincerely,

D. E. STICH
Commander, JAGC, U.S. Navy
By direction

**DEPARTMENT OF THE NAVY**
OFFICE OF THE JUDGE ADVOCATE GENERAL
1322 PATTERSON AVENUE SE SUITE 3000
WASHINGTON NAVY YARD DC 20374-5066

IN REPLY REFER TO

5830
154:14:200301259
October 12, 2005

MS PATRICIA A LEID
THORNTON DAVIS & FEIN PA
ATTORNEYS AT LAW
BRICKELL BAYVIEW CENTRE
80 SW 8TH STREET SUITE 2900
MIAMI FL 33130

Dear Ms. Leid:

    This responds to your Freedom of Information Act (FOIA) requests dated August 22 and August 30, 2005. These requests were forwarded to this office from the Office of the Judge Advocate General, Administrative Law Division (Code 13) and received in this office on October 12, 2005.

    While your letters are unclear, I am responding to the extent they purport to include a request for a copy of the <u>Manual of the Judge Advocate General</u> investigative report concerning an accident involving a Cessna 208B Caravan that crashed on February 13, 2003, near Florencia, Colombia. Please be advised that we have carefully considered your requests under the applicable provisions of the Freedom of Information Act, 5 U.S.C. § 552, as amended.

    Your requests appear to be duplicative with the request you submitted to our office on May 25, 2005. Our records indicate that we denied this request on June 30, 2005 on the basis that this investigation was prepared by or on behalf of Government attorneys in anticipation of litigation, and is, therefore, attorney work product exempt from disclosure under 5 U.S.C. § 552(b)(5). Your August 22 and August 30, 2005 requests are hereby, denied for the same reason.

    Because we denied your requests, you have the right under the Freedom of Information Act to appeal this determination to the designee of the Secretary of the Navy. Such an appeal, if any, should be addressed to:

    Department of the Navy
    Office of the Judge Advocate General (Code 14)
    1322 Patterson Avenue, Suite 3000
    Washington Navy Yard, DC 20374-5066

    To be considered, the appeal must be received within 60 days from the date of this letter.

12/9/05

```
                                                    5830
                                                    154:14:200301259
                                                    October 12, 2005
```

    Please enclose a copy of this letter with your appeal. The envelope should bear the notation, "Freedom of Information Act Appeal."

    I am the official responsible for the denial of your request.

                                    Sincerely,

                                    P/ A. LEONARD
                                    Deputy Director
                                    (Claims, Investigations
                                    and Tort Litigation)



**DEPARTMENT OF THE NAVY**
NAVAL SAFETY CENTER
375 A STREET
NORFOLK, VIRGINIA 23511-4399

5720
Ser 03/0878
October 14, 2005

Ms. Patricia A. Leid
Thornton, Davis & Fein, P.A.
Brickell Bay View Centre
80 SW 8th Street, Suite 2
Miami, FL  33130

Dear Ms. Leid:

   This is in response to your letters of August 22, 2005 and August 30, 2005 pursuant to the Freedom of Information Act (FOIA) asking for specific documents or materials not included in United States Southern Command's FOIA response to you. Your request was forwarded to this command by the Judge Advocate General (Code 13), Washington, DC and was received on October 12, 2005.

   Please be advised the Naval Safety Center no longer holds any documents or materials pertaining to the February 13, 2003 Cessna 208B Caravan crash. All materials ever in the possession of this command that relate to that event were transferred to Commander, United States Southern Command. Accordingly, your request is being forward to that command for action and direct reply to you.

   If you have any questions, please call me at (757) 444-3520 Ext 7015. Please refer to case number 2006-NSC-00004 when inquiring about your request.

                                        Sincerely,

                                        C. E. BEVERIDGE
                                        Flag Secretary

**DEPARTMENT OF THE NAVY**
OFFICE OF THE JUDGE ADVOCATE GENERAL
1322 PATTERSON AVENUE SE SUITE 3000
WASHINGTON NAVY YARD DC 20374-5066

IN REPLY REFER TO
5720
Ser 13/13PA12297.05D
October 24, 2005

Ms. Patricia Leid, Esq.
Thornton, Davis & Fein, P.A.
Brickell Bayview Center, Suite 2900
80 Southwest 8th Street
Miami, FL  33130

Dear Ms. Leid:

 Your Freedom of Information Act (FOIA) requests dated August 22, 2005, and August 30, 2005, seeking materials pertaining to the case of *Judith Janis v. Pratt & Whitney Canada, Inc. et al.* were forwarded to the Navy Office of the Judge Advocate General by the U.S. Attorney's Office. They were received on October 5, 2005. They have been assigned file number 12297.

 Upon receipt of your two letters, this office conducted a search of its records and identified no responsive materials. However, to assist you in your search, I have referred your letters to the Office of the Judge Advocate General (Claims and Tort Litigation Division); the Vice Chief of Naval Operations; the Navy Safety Center; and Commander, Navy Southern Command for action and direct response to you pursuant to the FOIA.

 If you believe that an adequate search was not conducted, you may consider this an adverse determination of your request that may be appealed, in writing, to the Judge Advocate General of the Navy, 1322 Patterson Avenue SE, Suite 3000, Code 14, Washington Navy Yard, DC 20374-5066.

 Your appeal must be postmarked within 60 calendar days from the date of this letter to be considered. A statement as to why you believe a diligent search was not conducted should be included and the enclosed copy of this letter should be attached. Both the appeal letter and the envelope should bear the notation, "Freedom of Information Act Appeal."

 I am the official responsible for determination and referral of your request.

Sincerely,

R. W. COREY
Captain, JAGC, U.S. Navy
Deputy Assistant Judge Advocate General
(Administrative Law)



# DEPARTMENT OF THE NAVY
COMMANDER
U.S. NAVAL FORCES SOUTHERN COMMAND
P.O. BOX 28003, BLDG 1878
MAYPORT, FL 32228-0003

REFER TO:
5720
Ser N01L/397
October 24, 2005

Thornton, Davis & Fein, P.A.
Brickell Bay View Center
80 SW 8th Street, Suite 2900
Miami, Fl 33130

Dear Ms. Leid:

Your Freedom of Information Act (FOIA) requests dated August 22, 2005 and August 30, 2005 to the U.S. Attorney's Office seeking additional documents and/or material was forwarded to us by Head Regulations and Legislation Branch, Office of the Judge Advocate General (Code 13), and received by this office on October 12, 2005. It has been assigned file number 2006-001.

In an effort to assist the U.S. Attorney's office, we have reviewed our files and archives at Commander, U.S. Naval Forces Southern Command (COMUSNAVSO). We do not have any materials responsive to your FOIA request relating to the requested safety investigations. All original materials and evidence associated with the SRS investigations were forwarded to Commander, United States Southern Command (SOUTHCOM).

If you believe that an adequate search was not conducted, you may consider this an adverse determination of your request that may be appealed, in writing, to the Judge Advocate General of the Navy (Code 14), 1322 Patterson Avenue SE, Suite 3000, Washington Navy Yard, DC 20374-5066.

Your appeal must be postmarked within 60 calendar days from the date of this letter to be considered. A statement as to why you believe a diligent search was not conducted should be included and the enclosed copy of this letter should be attached. Both

the appeal letter and the envelope should bear the notation, "Freedom of Information Act Appeal."

Sincerely,

M. H. DE OLIVEIRA
Lieutenant Commander, U.S. Navy
Staff Judge Advocate
By direction of the
Commanding Officer

2