# THORNTON,

# DAVIS

# &

# FEIN, P.A.

ATTORNEYS AT LAW

Brickell BayView Centre
80 SW 8th Street, Suite 2900
Miami, Florida 33130
305.446.2646 Phone
305.441.2374 Fax
www.tdflaw.com

**Patricia A. Leid, Partner**
*Board Certified Aviation Lawyer*
Also admitted in DC and New York
leid@tdflaw.com

October 7, 2005

**By facsimile to: (202) 514-8780**
**By email to: Andrea.McBarnette@usdoj.gov**
Original will *not* be mailed

Andrea McBarnette, Esq.
U.S. Attorney's Office
United States Department of Justice
1425 New York Avenue, N.W., Suite 10148
Washington, D.C. 20005

    Re:   *Judith Janis v. Pratt & Whitney Canada, Inc., et al.*
           D/Loss: 2/13/2003
           TDF File No. 52-857

Dear Ms. McBarnette:

    Pursuant to our recent telephone conference of October 4th, we wanted to follow up on the issue of the poor quality of the black and white Xeroxed photographs produced in response to the FOIA request. I have personally reviewed the unusable photographs and strongly believe a court would find this production less than adequate, which could open up a further issue of "adequacy of the FOIA search" for the source documents requested. There could not possibly have been any probable cause or findings of fact determined by the U.S. Navy investigator based on the quality of <u>these</u> photographs produced to Pratt & Whitney from his accident investigative report.

    See the attached log we have created from your production which indicates that (1) there are at least twelve (12) JPG named computer files in existence on government computers, somewhere, that need to be identified and a direct download production of readable, visible photographs produced; (2) the source and location of the remaining unrecognizable photographs on the log that do not contain JPG file numbers needs to be identified so that we may obtain those photographs as soon as possible from the respective entity or department.

    This entire photograph issue is very disturbing and the disclosure of distinguishable photographs of the aircraft wreckage is extremely relevant to our litigation and should have been to the U.S. Navy investigative board reviewing this accident. As you are aware, we do not know the identity of the appropriate U.S. Navy personnel who may be researching the photograph issue, but would appreciate if you would forward this letter and the attached log to him or her, if you deem appropriate.

Andrea McBarnette, Esq.
October 7, 2005
Page 2

Our objectives continue to be:
(1) obtain the outstanding relevant documents which we have clearly identified in two separate letters to you and are known to have been in existence because the United States Government so much as told us so in its accident investigative report;
(2) the identification of which entity has or last had the documents, if Southern Command claims it does not have possession, custody and control of same;
(3) obtain an affidavit from Southern Command attesting to its lack of knowledge of the location, possession, custody or control of any of the outstanding items we have requested; and
(4) dismiss the FOIA litigation.

Thank you for your ongoing assistance with this matter and we look forward to your response or that of the Navy directly. The consent motion for an extension of time that we discussed previously will be forwarded to you by our co-counsel in Washington.

Very truly yours,

/s/ Patricia A. Leid
**PATRICIA A. LEID**
**DAVID A. WAGNER**

Enclosure: Log of Wreckage Photographs from Investigative Report.

Dept. of the Navy
13 February 2003
Redacted SRS Aircraft Mishap Investigative Report Produced in Response to FOIA Request

## LOG OF WRECKAGE PHOTOGRAPHS REQUIRING CLARIFICATION AND BETTER PRODUCTION

\* There is a computer in existence that was used by the Navy, Southern Command, or another U.S. Government entity which contains the JPG photograph files listed below that need to be downloaded for production in response to the FOIA request in litigation. The accident investigator needs to identify the source of all of the JPG photographs and others because they are all unreadable as produced to Pratt & Whitney.

| Report Page Number | *Computer JPG Number | Comments |
|---|---|---|
| Enclosure (14) 197 | none | |
| 198 | none | |
| 199 | none | |
| 200 | none | |
| 201 | none | |
| 202 | none | |
| 203 | none | |
| 204 dated 4/29/03 | file://E:\site%20photos\DSC00055.JPG | Produce source JPG file directly. |
| 205 dated 4/29/03 | file://E:\site%20photos\DSC00032.JPG | Produce source JPG file directly. |
| 206 dated 4/29/03 | file://E:\site%20photos\DSC00032.JPG | Pages 205 and 206 are duplicates of the same JPG file but have been listed on consecutive pages in the report. |

| Report Page Number | *Computer JPG Number | Comments |
|---|---|---|
| 207 dated 4/29/03 | file://E:\site%20photos\DSC00032.JPG | Pages 205, 206 and 207 are duplicates of the same JPG file but have been listed on consecutive pages in the report. |
| 208 dated 4/29/03 | file://E:\site%20photos\DSC00033.JPG | Produce source JPG file directly. |
| 209 dated 4/29/03 | file://E:\site%20photos\DSC00033.JPG | Pages 208 and 209 are duplicates of the same JPG file but have been listed on consecutive pages in the report. |
| 210 dated 4/29/03 | file://E:\site%20photos\DSC00033.JPG | Pages 208, 209 and 210 are duplicates of the same JPG file but have been listed on consecutive pages in the report. |
| 211 Enclosure (15) | none | |
| 212 dated 4/29/03 | file://E:\site%20photos\dsc00020.jpg | Produce source JPG file directly. |
| 213 dated 4/29/03 | file://E:\site%20photos\DSC00050.JPG | Produce source JPG file directly. |
| 214 dated 4/29/03 | file://E:\site%20photos\DSC00050.JPG | Pages 213 and 214 are duplicates of the same JPG file but have been listed on consecutive pages in the report. |
| 215 dated 4/29/03 | file://E:\site%20photos\DSC00024.JPG | Produce the source JPG file directly. |
| 216 dated 4/29/03 | file://E:\site%20photos\DSC00024.JPG | Pages 215 and 216 are duplicates of the same JPG file but have been listed on consecutive pages in the report. |
| 217 Enclosure (16) | none | |
| 218 | none | |
| 219 | none | |
| 220 | none | |

2

| Report Page Number | *Computer JPG Number | Comments |
|---|---|---|
| 221 | none | |
| 222 | none | |
| 223 | none | |
| 224 | none | |
| 225 | none | |
| 226 | none | |
| 227 | none | |
| 228 | none | |
| 229 | none | |
| 230 | none | |
| 231 | none | |
| 232 | none | |
| 233 dated 4/29/03 | file://E:\site%20photos\DSC00108.JPG | Produce source JPG file directly. |
| 234 dated 4/29/03 | file://E:\site%20photos\DSC00109.JPG | Produce source JPG file directly. |
| 235 dated 4/29/03 | file://E:\site%20photos\DSC00109.JPG | Pages 234 and 235 are duplicates of the same JPG file but have been listed as consecutive pages in the report. |
| 236 dated 4/29/03 | file://E:\site%20photos\DSC00110.JPG | Produce source JPG file directly. |

3

| Report Page Number | *Computer JPG Number | Comments |
|---|---|---|
| 237 dated 4/29/03 | file://E:\site%20photos\DSC00110.JPG | Pages 236 and 237 are duplicates of the same JPG file but have been listed as consecutive pages in the report. |
| 238 dated 4/29/03 | file://E:\site%20photos\DSC00111.JPG | Produce source JPG file directly. |
| 239 dated 4/29/03 | file://E:\site%20photos\DSC00111.JPG | Pages 238 and 239 are duplicates of the same JPG file but have been listed as consecutive pages in the report. |
| 240 Enclosure (17) | none | |
| 241 Enclosure (17) | none | Pages 240 and 241 are duplicates of the same photograph but have been listed as consecutive pages in the report. |
| 242 dated 4/29/03 | file://E:\site%20photos\DSC00068.JPG | Produce source JPG file directly. |
| 243 dated 4/29/03 | file://E:\site%20photos\DSC00069.JPG | Produce source JPG file directly. |
| 244 dated 4/29/03 | file://E:\site%20photos\DSC00069.JPG | Pages 243 and 244 are duplicates of the same JPG file but have been listed as consecutive pages in the report. |
| 245 dated 4/29/03; Enclosure (15) | file://E:\site%20photos\DSC00068.JPG | Pages 245 and 242 are duplicates of the same JPG file but have been listed on different pages in the report. |

4