| | |
|---|---|
| From: | "Leonard, Patricia A CIV Code 15" <patricia.a.leonard1@navy.mil> |
| To: | "Pat Leid" <leid@tdflaw.com> |
| Date: | 10/31/05 2:09PM |
| Subject: | RE: just a thought |

funny you should ask...
I do not have the JPG photographs or a CD, but I have some color reproductions I plan to give to you. I also found a transcript of the radio transmissions. I am going to ask Southcom why they cannot redact the classified stuff out of there for you. I will let you know. Still waiting for retuurn phone calls.

-----Original Message-----
From: Pat Leid [mailto:leid@tdflaw.com]
Sent: Monday, October 31, 2005 13:39
To: Leonard, Patricia A CIV Code 15
Subject: just a thought


Is there a chance that the CD that has the .JPG photographs from the crash is in the vault with the JAGMAN litigation report, even though the photographs have already been reproduced in the "Non-Safety" Investigation Report given to us? Therefore, the CD may be with the privileged materials but would otherwise be releaseable?

Patricia A. Leid, Esq.
Board Certified Aviation Lawyer
Thornton, Davis & Fein, P.A.
Brickell BayView Centre
80 SW 8th Street, Suite 2900
Miami, Florida 33130
Telephone: (305) 446-2646 x 202
Fax: (305) 441-2374
E-mail: leid@tdflaw.com
Secretary: Alba Ducci, Ext. 234