| | |
|---|---|
| **From:** | Pat Leid |
| **To:** | Patricia.a.leonard1@navy.mil |
| **Date:** | 11/3/05 3:28PM |
| **Subject:** | FOIA litigation - Janis crash in Colombia |

Dear Pat,

   We are rapidly approached the deadline (Monday) for filing the response to Ms. McBarnette's SJM and I wanted to check whether you had any additional information for me on what documents or materials we may expect to receive in the immediate future. We would like to present an accurate picture to the Court of the anticipated response from the Navy. Thank you for any assistance you may be able to offer.
Best regards,
Pat Leid

Patricia A. Leid, Esq.
Board Certified Aviation Lawyer
Thornton, Davis & Fein, P.A.
Brickell BayView Centre
80 SW 8th Street, Suite 2900
Miami, Florida 33130
Telephone: (305) 446-2646 x 202
Fax: (305) 441-2374
E-mail: leid@tdflaw.com
Secretary: Alba Ducci, Ext. 234