| | |
|---|---|
| From: | "Andrea.McBarnette@usdoj.gov" <Andrea.McBarnette@usdoj.gov> |
| To: | "'JStern@Schnader.com'" <JStern@Schnader.com> |
| Date: | 11/3/05 5:18PM |
| Subject: | RE: Pratt & Whitney Canada |

Patricia,

I've spoken with SouthCom as well as the Navy regarding the items that you indicated were missing from the production and/or Vaughn. There has been some progress and the Defendant will need more time to sort out what it is that we can do to resolve this case if possible. I believe that Plaintiff has a response due on Monday. I think that it would make sense to again suspend the briefing schedule or get an enlargement.

Andrea

-----Original Message-----
From: JStern@Schnader.com [mailto:JStern@Schnader.com]
Sent: Friday, October 07, 2005 1:35 PM
To: McBarnette, Andrea
Cc: leid@tdflaw.com
Subject: Pratt & Whitney Canada


Andrea:

This will confirm that I have your agreement to file a consent motion with
the court extending Pratt & Whitney Canada's response date up to 30 days from
today.

Thanks for your cooperation and have a good weekend.

Jon

Jonathan M. Stern
Counsel--Admitted in DC, MD, PA, & VA
Schnader Harrison Segal & Lewis LLP
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006-1825
202.419.4202  Pittsburgh Office 412.577.5228
Fax 202.419.3454
jstern@schnader.com

This e-mail is from an attorney and may be privileged and confidential. If
you are not an intended recipient, please do not read or disclose the
contents, send a reply email advising of the error, and delete all copies
from your computer system. Thank you.


| | |
|---|---|
| CC: | "'leid@tdflaw.com'" <leid@tdflaw.com> |