| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery 6/13/05 |
| 1. Article Addressed to:<br><br>United States Department of Defense, U.S. Southern Command<br>3511 N.W. 91st Avenue<br>Miami, FL  33172 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7005 0390 0005 6043 0259 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ District of Columbia

PRATT & WHITNEY CANADA CORP.

V.

UNITED STATES DEPARTMENT OF DEFENSE,
U.S. SOUTHERN COMMAND

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  05 1136 ESH

TO: (Name and address of Defendant)

UNITED STATES DEPARTMENT OF DEFENSE, U.S. SOUTHERN COMMAND
3511 N.W. 91st Ave.
Miami, Florida 33172

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan M. Stern
Schnader Harrison Segal & Lewis LLP
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006-1825

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JUN 0 9 2005

CLERK                                DATE

_____
(By) DEPUTY CLERK