UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRATT & WHITNEY CANADA CORP.          )<br>                                                                  )<br>                   Plaintiff,                            )<br>                                                                  )<br>             v.                                             )     Case No: 05-1136 (ESH)<br>                                                                  )<br>UNITED STATES DEPARTMENT OF   )<br>DEFENSE, U.S. SOUTHERN COMMAND  )<br>                                                                  )<br>                   Defendants.                         )<br>                                                                  ) | |

DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

The Defendants, the United States Department of Defense ("DOD"), and Southern Command ("SouthCom"), by and through their undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to file a reply in support of their summary judgment motion. Specifically, Defendants request that the deadline to file a reply in support of their dispositive motion be extended from November 17, 2005 to December 19, 2005. Plaintiff's counsel has objected to the relief sought in this motion. The grounds for this motion are set forth below.

The complaint was brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Although Defendant SouthCom had complied with its FOIA obligations and filed a summary judgment motion in this case, agency counsel for SouthCom has informed the undersigned that SouthCom received new materials concerning this case on October 20, 2005. SouthCom believes that much of this new material may be responsive material in this case. SouthCom needs additional time so that it may review and process this new and recently received material. Although SouthCom counsel has been working diligently, a hurricane hit SouthCom's

location soon after the new materials arrived and the first working day back in the office was October 28, 2005. In addition, SouthCom counsel will be out of the office for over two weeks, from November 10 to November 28, and the undersigned intends to be out of the office around or soon after the Thanks Giving holiday as well.

In light of the receipt of these new materials, SouthCom intends to supplement its declaration, Vaugh Index and/or dispositive motion. SouthCom will also produce any non-exempt responsive materials to the Plaintiff. In addition, the Defendants intends to file their reply in support of its first dispositive motion. For the above reasons, the Defendants require additional time to file a reply and the appropriate supplemental filings.

Allowing the Defendants some additional time to formulate a response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, the Defendants respectfully request that the time to file a reply in support of their dispositive motion be extended to and including December 19, 2005.

Dated: November 9, 2005              Respectfully submitted,


  /s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


  /s/
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


  /s/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME was filed via the Court's electronic filing system on November 9, 2005 and is expected to be served by the Court's electronic transmission facilities to:

**Jonathan Michael Stern**
SCHNADER HARRISON SEGAL & LEWIS, LLP
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
(202) 419-4202 phone
(202) 419-3454 fax
Email: jstern@schnader.com
Attorney for Plaintiff


　　　　　　　　　　　　　　　　　　／S／_____
　　　　　　　　　　　　　　　　　　ANDREA McBARNETTE
　　　　　　　　　　　　　　　　　　Assistant United States Attorney