Andrea,

The expert disclosure deadlines are coming up in December 2005. We need to depose the accident investigators in the next 4 to 5 weeks, but need the documents and missing items, as you well know, before the depositions can occur. So can we please get back to reasonable negotiations to obtain the release of (1) the color photographs which SouthCom can't possibly say it is redacting because you have already released them in an unusable blackened format; (2) a redacted copy of the cockpit transmissions for the subject flight that will not compromise the safety or security of the hostages or the SouthCom operations; and (3) any other support documents the Navy has recently produced to you. I assume the "new materials recently received" that you refer to involves the Navy production? Certainly you do not need until Dec. 19 to reply to our response to a SJM which is largely based on procedural grounds.

Plaintiff agrees as follows to your request: If you will release the color photographs and a redacted version of the cockpit transmission by November 28th so we can proceed with the depositions, we will agree to an enlargement of time for filing the reply until December 5- three weeks after the normal due date.
If you still will not release the photos and transmission by a date certain that will not jeopardize our discovery deadlines, then you may represent to the Court that the Plaintiff agrees to an enlargement of time for your reply to our response to your SJM until November 23.
Please advise what you plan to do.
Thank you.
Pat


Patricia A. Leid, Esq.
Board Certified Aviation Lawyer
Thornton, Davis & Fein, P.A.
Brickell BayView Centre
80 SW 8th Street, Suite 2900
Miami, Florida  33130
Telephone: (305) 446-2646 x 202
Fax: (305) 441-2374
E-mail: leid@tdflaw.com
Secretary:  Alba Ducci, Ext. 234


>>> "Andrea.McBarnette@usdoj.gov" <Andrea.McBarnette@usdoj.gov> 11/09/05 03:43PM >>>
Patricia,

As we discussed a couple of days ago, Defendants are now filing a motion to extend the time for them to reply in support of their summary judgment motion. Considering the new materials recently received and the time it will take to process those materials, Defendants will request until December 19, 2005. I'll be filing the motion to extend at the end of the day. Let me know if the Plaintiff consents to the relief sought.

Andrea