UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRATT & WHITNEY CANADA CORP.,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 1136 (ESH) |
| : | |
| **UNTED STATES DEPARTMENT OF** : | |
| **DEFENSE, UNITED STATES SOUTHERN** : | |
| **COMMAND,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

### ORDER

Based on the status hearing held this date, it is hereby

**ORDERED** that:

1   All pending motions [## 9, 13, 16] are **DENIED AS MOOT**.

2.   Defendant shall produce the requested photographs on or before December 9, 2005, and it shall submit for *in camera* review the transcription of the transmission from the plane on or before December 9, 2005.

3.   With respect to the remaining requests, defendant shall produce a *Vaughn* index on or before December 19, 2005; plaintiff shall identify any withholdings as to which it objects, and to the extent that there are any contested withholdings, defendant shall move for summary judgment on January 20, 2006, plaintiff's opposition is due on February 3, 2006, and defendant's reply is due on February 13, 2006.

                                           _____s/_____
                                           ELLEN SEGAL HUVELLE
                                           United States District Judge

Date:  December 1, 2005