UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRATT & WHITNEY CANADA CORP.,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 05-1136 (ESH) |
| : | |
| **UNTED STATES DEPARTMENT OF** : | |
| **DEFENSE, UNITED STATES SOUTHERN** : | |
| **COMMAND,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER

The Court having been advised by counsel that this action has been resolved, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**


                                             s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Date:  January 30, 2006